

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DENNIS KIRBY                                                                PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:07cv121-DPJ-JCS

YATES SERVICES, LLC                                                        DEFENDANT

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). Due to familiar relationship with Defendant, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersign recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 5 day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE